CHEVY CHASE CITIZENS ASSOCIATION and Friendship Citizens Association et al., Petitioners,

v.

DISTRICT OF COLUMBIA COUNCIL, Respondent,

Committee of 100 on the Federal City, Friendship Associates, Intervenor.

CHEVY CHASE CITIZENS ASSOCIATION et al., Petitioners,

v.

D. C. SURVEYOR, DISTRICT OF COLUMBIA COUNCIL et al., Respondents,

Friendship Associates, Intervenor.

Nos. 6489, 6579.

District of Columbia Court of Appeals.

Aug. 27, 1973.

Peter A. Hornbostel, Washington, D. C., for Chevy Chase Citizens.

Peter S. Craig, Washington, D. C., for Committee of 100.

C. Francis Murphy, Corp. Counsel, Washington, D. C., for District of Columbia Council.

Norman M. Glasgow, Whayne S. Quin, for Friendship Associates.

Before REILLY, Chief Judge, and KELLY, FICKLING, KERN, GALLAGHER, NEBEKER, PAIR, YEAGLEY and HARRIS, Associate Judges.

ORDER

On consideration of respondent's petition for rehearing *en banc,* it is

Ordered that respondent's aforesaid petition be granted, and it is

Further Ordered that the opinion and judgment heretofore filed on June 26, 1973, 307 A.2d 740, be and the same hereby are vacated.

The Clerk is directed to schedule this case for argument before the Court sitting *en banc* as the business of the Court permits.